UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LILLIAN S., | ) |
|    Plaintiff, | ) ) ) |
|           v. | )    No. 2:21-cv-00293-JDL ) |
| KILOLO KIJAKAZI, **Acting Commissioner of Social Security,** | ) ) ) ) ) |
|    Defendant. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

Lillian S. seeks judicial review of the Social Security Administration Commissioner's final decision determining that she is not disabled and denying her application for Title XVI Supplemental Security Income. Pursuant to 28 U.S.C.A. § 636(b)(3) and D. Me. Local R. 16.3(a)(2), United States Magistrate Judge Karen Frink Wolf held a hearing on Plaintiff's Statement of Errors (ECF No. 12) on June 17, 2022 (ECF No. 19). The Magistrate Judge filed her Recommended Decision with the Court on September 13, 2022 (ECF No. 20), recommending that the Court affirm the Commissioner's decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in her Recommended Decision. It is therefore **ORDERED** that the Recommended Decision

1

(ECF No. 20) of the Magistrate Judge is hereby **ACCEPTED**, and the Commissioner's decision is **AFFIRMED**.

SO ORDERED.

Dated this 7th day of November, 2022.

/s/ Jon D. Levy
**CHIEF U.S. DISTRICT JUDGE**
